PROB 12B
ED/AR (8/2002)

# United States District Court

### for the

### Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 2 4 2012

JAMES W. McCORMACK CLERK
By:_____
DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Lee A. Stow                    Case Number: 4:08CR00373 JLH

Name of Sentencing Judicial Officer:     Honorable L. Leon Holmes
                                         Chief United States District Judge

Offense:              Possession of Child Pornography

Date of Sentence:     April 2, 2009

Sentence:             37 months Bureau of Prisons; 5 years supervised release; DNA collection;
                      comply with state sex offender registration requirements; substance abuse
                      treatment, abstain from alcohol use throughout treatment; mandatory drug
                      testing; mental health counseling specializing in sex offender treatment;
                      submit to polygraph examinations; probation officer will provide state
                      officials with information required for sex offender registration and additional
                      processing; no direct contact with minors without written permission of the
                      probation officer and refrain from entering areas where children frequently
                      congregate; prohibited from possessing, subscribing to, or viewing any video,
                      magazines, or literature depicting children in the nude or sexually explicit
                      positions; and $100 special assessment

Type of Supervision:   Supervised Release     Date Supervision Commenced: February 25, 2011
                                              Expiration Date: February 24, 2016

Asst. U.S. Attorney: Marsha Clevenger         Defense Attorney: Kim Driggers

U.S. Probation Officer: Elaine P. Staton
Phone No.: 870-972-5189

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

The defendant will agree to the installation of computer monitoring software and hardware
approved by the probation office and contribute to the computer monitoring cost based on the
ability to pay. The defendant will abide by all rules and requirements of the program and will
consent to unannounced examinations of all computer equipment internal and external storage
devices which may include retrieval and copying of all data from the computer(s) and any
internal and external peripherals and/or removal of such equipment for the purpose of conducting
a more thorough inspection by the probation office or probation service representative.

'Prob 12B
Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Lee A. Stow                    Case Number:  4:08CR00373 JLH

The defendant will not purchase, possess, subscribe, view, listen to, or use any media forms
containing pornographic images or sexually oriented materials including but not limited to
written, audio, and visual depictions, such as pornographic books, magazines, literature, videos,
CDs, DVDs, digital media, or photographs. This includes materials containing "sexually explicit
conduct" as defined in 18 U.S.C. § 2256(2).

### CAUSE

Mr. Stow is currently permitted access to the Internet. He is also attending sex offender
treatment weekly. Mr. Stow admitted he viewed pornography several times on the Internet by
using his home personal computer. Viewing pornography is contradictory to the therapeutic
process. Mr. Stow agreed to participate in the computer monitoring program to assist with
abstinence from accessing pornography on the Internet or elsewhere in order to succeed with the
goals of counseling and to attain a successful supervision outcome.

Mr. Stow failed to submit monthly supervision reports for the months of March 2011 through
May 2012. He has been re-instructed and directed to personally submit monthly supervision
reports until he demonstrates compliance in this area.

Mr. Stow's attorney has discussed this modification with him. The executed PROB 49 agreeing to the
modification is attached.

Elaine P. Staton                                 Marsha Clevenger
U.S. Probation Officer                           Assistant U.S. Attorney

Date: July 16, 2012                              Date: July 23, 2012

This form is to be filed with Criminal Docketing as a motion.

THE COURT ORDERS:

[  ]   No Action
[  ]   The Extension of Supervision as Noted Above
[✓]    The Modification of Conditions as Noted Above
[  ]   Other

Prob 12B

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender:  Lee A. Stow                          Case Number:  4:08CR00373 JLH


_____

Signature of Judicial Officer

_____

Date


This form is to be filed with Criminal Docketing as an order and/or petition.

Approved:

_____

Supervising U.S. Probation Officer

EPS/kle


c:  Assistant Federal Public Defender Kim Driggers, 1401 West Capitol Avenue, Suite 490, Little Rock,
    AR 72201
    Assistant U.S. Attorney Marsha Clevenger, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I, Lee Stow, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended.  By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel.  I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel.  I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will agree to the installation of computer monitoring software and hardware approved by the probation office and contribute to the computer monitoring cost based on the ability to pay.  The defendant will abide by all rules and requirements of the program and will consent to unannounced examinations of all computer equipment internal and external storage devices which may include retrieval and copying of all data from the computer(s) and any internal and external peripherals and/or removal of such equipment for the purpose of conducting a more thorough inspection by the probation office or probation service representative.

The defendant will not purchase, possess, subscribe, view, listen to, or use any media forms containing pornographic images or sexually oriented materials including but not limited to written, audio, and visual depictions, such as pornographic books, magazines, literature, videos, CDs, DVDs, digital media, or photographs.  This includes materials containing "sexually explicit conduct" as defined in 18 U.S.C. § 2256(2).

Witness: _____        Signed: _____
           U.S. Probation Officer                      Probationer or Supervised Releasee

                        7-20-12
                        DATE